UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

02cv1872Setconf.pdf

Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church St.
New Haven
Chambers Room 303

October 21, 2003

10:00 A.M.

Held 9:50 - 11:10 AM

PARTIES MUST BE AVAILABLE BY TELEPHONE IF THEY
ARE UNABLE TO ATTEND THE CONFERENCE

3-02-cv-1872   (RNC) Sweeney v Metro-North RR Co
-------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| George J. Cahill Jr. | Cahill & Goetsch, 43 Trumbull St., New Haven, CT 203-777-1000 |
| Charles A. Deluca | Ryan, Ryan, Johnson & Deluca, 80 4Th St., Po Box 3057, Stamford, CT 203-357-9200 |
| Michael B. Flynn | Flynn & Associates, PC, 189 State St. Sixth Floor, Boston, MA 617-722-8253 |
| Robert O. Hickey | Ryan, Ryan, Johnson & Deluca, 80 4Th St., Po Box 3057, Stamford, CT 203-357-9200 |
| ✓ Lori A. McCarthy | Flynn & Associates, PC, 189 State St. Sixth Floor, Boston, MA 617-722-8253 |
| ✓ Scott E. Perry | Cahill & Goetsch, 43 Trumbull St., New Haven, CT 203-777-1000 |
| ✓ Anthony D. Sutton | Ryan, Ryan, Johnson & Deluca, 80 4Th St., Po Box 3057, Stamford, CT 203-357-9200 |
| John E. Young IV | Flynn & Associates, PC, 189 State St. Sixth Floor, Boston, MA 617-722-8253 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK