RECEIVED NOV - 7 2003 By

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ALFRED C. SCHUMACHER,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, and CONSOLIDATED RAIL CORPORATION,

Defendants

CIVIL ACTION

NO. 3:02CV01875 (AHN)

COPY

NOVEMBER 4, 2003

**PLAINTIFF'S RESPONSE TO DEFENDANT CONSOLIDATED RAIL CORPORATION'S FIRST SET OF INTERROGATORIES TO THE PLAINTIFF**

**INTERROGATORY NO.1:**

State your full name as it appears on your birth certificate.

**RESPONSE NO. 1:**

Alfred Charles Schumacher.

**INTERROGATORY NO. 2:**

State the following personal information:

(a) Date and place of birth;
(b) Current address;
(c) Height;
(d) Weight;
(e) Social Security number; and
(f) Driver's license number, the state which issued the driver's license, and the expiration date.

**RESPONSE NO.2:**

a. 6/26/1942, Queens, NY
b. 63 Mennella Rd., Poughquag, NY 12570
c. 5'9" tall
d. 215 lbs
e. 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
f. 282 347 428 NYS 6/26/10

**INTERROGATORY NO.3:**

List all schools which you have attended, the dates of attendance, and any certificate or

degrees awarded by the school.

**RESPONSE NO.3:**

St. Benedicts School, Bronx, NY 1948 – 56
Mahopac High School, Mahopac, NY 1956 – 1960 High School Diploma
Westchester Community College – 1960-61

**INTERROGATORY NO.4:**

Please state whether you have ever had any formal training involving the use of mechanical

tools which were powered by electricity, fossil fuels, compressed air, hydraulic systems or

steam.

**RESPONSE NO.4:**

None.

**INTERROGATORY NO.5:**

If you answered in the affirmative to Interrogatory No. 4, please state for each:

    (a)    The name of the institution or person offering such training;

    (b)    The type of equipment involved;
    (c)    The number of weeks in such course of instruction;
    (d)    The number of training sessions per week; and
    (e)    The period of time during each class or session that you used or was
        present during the use of such machinery.

**RESPONSE NO.5:**

N/A

**INTERROGATORY NO.6:**

Please state whether you have ever had any informal training, including "on the job" training or training for your personal benefit (such as household, hobby or recreational), involving the use of mechanical tools which were powered by electricity, fossil fuels, compressed air, hydraulic systems or steam.

**RESPONSE NO.6:**

None.

**INTERROGATORY NO.7:**

If you answered in the affirmative to Interrogatory No. 6, please state for each such course of training:

(a) The name of the institution or person offering such training;
(b) The type of equipment involved;
(c) The number of weeks in such course of instruction;
(d) The number of training sessions per week; and
(e) The period of time during each class or session that you used or was present during the use of such machinery.

**RESPONSE NO.7:**

N/A

**INTERROGATORY NO.8:**

Please state whether you have ever been a member of the armed forces of the United States, of any state, or any other country, or any police force or security agency, whether voluntary or professional.

**RESPONSE NO.8:**

Yes.

**INTERROGATORY NO.9:**

If you answered in the affirmative to Interrogatory No. 8, please state:

(a) The branch of the armed services or police or security force in which you served;

(b) Your military service number;

(c) The date of enlistment, conscription or hire;

(d) Each and every permanent or temporary duty station to which you were assigned, giving the location of that duty station;

(e) The date upon which such service at each such duty station commenced;

(f) The date upon which such service at each such duty station ended;

(g) A description of the nature of the duties performed at each such duty station;

(h) Each and every armed conflict in which you participated, including each and every engagement in which firearms or other military weapons were discharged;

(i) Whether you received any training in the use or operation of firearms or other military weapons, and if so state:
   i. the type of firearms involved;
   ii. the number of weeks of such training;
   iii. the number of training sessions per week; and
   iv. the period of time per session that you used or were present during the use of firearms;

(j) Whether you otherwise had occasion to personally discharge a firearm or any other explosive device during his service in an armed force, police force or security force, giving the approximate number of occasions in which you did so and describing the type of firearm or other explosive device discharged, or was present during times a firearm was discharged, and if so, whether ear protectors were worn at any time;

(k) Whether you were required as a part of your duty to use or be present during the use of mechanical tools or equipment which were powered by electricity, fossil fuels, compressed air, hydraulic systems or steam and if you did use such
   i. the type of equipment involved;
   ii. the number of weeks you used or were present during the use of such equipment; and
   iii. the number of hours per week you used or were present during the use of such equipment;

(1) Whether you sustained any injury or wound of any kind, either in battle, on station, in training or otherwise and completely describe the nature of the wound or injury and any medical treatment including drugs, if any, used in such treatment; and

(m) Your date of discharge and type of discharged received.

**RESPONSE NO.9:**

a. U.S. Navy
b. 598 57 17

c. Jan. 16, 1962
d. Great Lakes, Il; Norfolk, VA; USS Enterprise; USS Enterprise; USS Shangrila
e. 1/62; 1/63, 3/63; 1/66
f. 1/63; 3/63; 1/66/; 5/66
g. Basic training-electronic school; Radar Technician; Radar Technician
h. None
i. i.) M-1 ii.) 1 iii.) 1 iv.) 4 hrs.
j. No.
k. No.
l. No.
m. 5/13/66 Honorable Discharge

**INTERROGATORY NO. 10:**

Please state the name and address of each and every firm or person other than a railroad which has employed you and as to each please state:

(a) The date upon which you were hired and the date upon which he ceased such employment;
(b) The nature of the business conducted by the employer;
(c) Each and every permanent or temporary duty to which you were assigned, giving the location which such service commenced and the date upon which it ended and give an exact description of the nature of the duties assigned at each such duty station;
(d) Whether you were required as a part of your duties to use or be present during the use of mechanical tools or equipment which were powered by electricity, fossil fuels, compressed air, hydraulic systems or steam and describe the nature of such equipment and the length of time you were required to undertake duties involving the use of such equipment; and
(e) Whether you or anyone acting on your behalf made any written or oral complaint to any employer or the agent of any employer with respect to the noise level at your place of work, stating when and to whom such complaint was made, setting forth the substance of such complaints, if any.

**RESPONSE NO. 10:**

New York State Electric and Gas
a. 1967-70
b. Utility Co.
c. Laborer/Brewster, NY. Work in man holes, dug holes, drove trucks.
Meter tester, Brewster, NY. Reading and testing electric meters
Lineman, Brewster, NY. Climbing electric poles, repairing electric lines
d. Yes. Augers, jackhammers, a few times.
e. No.

Metropolitan Life Insurance Co.
a. 1970-78
b. Insurance
c. Sales

d. No.
e. No.

**INTERROGATORY NO. 11:**

Please state separately the dates during which you were employed by any railroad.

**RESPONSE NO. 11:**

6/77 to 10/83 Conrail
10/83 to present Metro-North

**INTERROGATORY NO. 12:**

Please state each position held or job performed by you (i.e., brakeman, fireman, switchman, conductor, engineer, office employee, supervisor, etc.) for each and every railroad employer given in answer to Interrogatory No. 11.

**RESPONSE NO. 12:**

Car cleaner, electrician – Conrail
Electrician – Metro-North

**INTERROGATORY NO. 13:**

For each position or job given in answer to Interrogatory No. 12, please state whether you claim you were exposed to noise during the time you held such position or performed such job and which contributed to your alleged injuries, and please state:

(a) The exact source or sources of such noise for each such position or job, identifying each such noise source individually;
(b) The period of time you claim to have been exposed to each such noise source;
(c) The number of weeks per year you claim to have been exposed to each such noise source;
(d) The number of days per week you were exposed to each such noise source;
(e) The number of hours per day you claim to have been exposed to each such noise source; and
(f) Whether such exposure to each such noise source was continuous or intermittent, and, if such exposure was not constant, describe the intermittent exposure in detail as to each such source.

**RESPONSE NO. 13:**

Yes

a. Conrail, car cleaner. High pressure steam discharge; whistles, horns, bells, air hoses, brake tests

Conrail, electrician. High pressure steam discharge; high pressure air discharge; whistles; horns; diesel engine noise; fork trucks; hammers; motors; air compressors; bells, air hoses, brake tests, drill press.

Metro-North, electrician. High pressure steam discharge; high pressure air discharge; whistles; horns; diesel engine noise; fork trucks; hammers; motors; air compressors; bells, air hoses, brake tests, drill press.

b. my employment with the railroads
c. approximately 50
d. approximately 5
e. approximately 6-8
f. Continuous at times and intermittent at times.

**INTERROGATORY NO. 14:**

Please state the name and address of all of your family doctors, past and present.

**RESPONSE NO. 14:**

Dr. Legler, Route 6 Mahopac, NY
Dr. Henry Rojas, Stoneleigh Ave., Carmel, NY
Dr. Block (Retired)
Dr. Zipper, Health Shield Med. Group, Poughkeepsie, NY
Dr. Lindhardt, Mid-Hudson Medical Group, Fishkill, NY

**INTERROGATORY NO. 15:**

Please state whether you, at any time, wore or wear any kind of hearing or masking device on o about your ears, and if so please state:

(a) When such device was first used;
(b) At whose suggestion;
(c) Who paid for the device; and
(d) How frequently you wear such device.

**RESPONSE NO. 15:**

No.

**INTERROGATORY NO. 16:**

Please state when you first learned, believed, became aware of or realized that you had been injured (sustained a hearing loss), and that the injury was work related and as to same please also state:

(a) How you first learned, believed, became aware of or realized same; and

(b) Where you first learned, believed, became aware of or realized same.

**RESPONSE NO. 16:**

a. When tested by Metro-North in May of 2001.
b. Harmon

**INTERROGATORY NO. 17:**

If a health care professional informed you of your injury, please state the health care professional's name, address and professional title.

**RESPONSE NO. 17:**

Metro-North tester

**INTERROGATORY NO. 18:**

Have you ever had an audiometric test?

**RESPONSE NO. 18:**

Yes.

**INTERROGATORY NO. 19:**

If you answered in the affirmative to Interrogatory No. 18, please state:

(a) When you were administered the audiometric test;
(b) Where you were the audiometric test; and
(c) By whom you were administered the audiometric test.

**RESPONSE NO. 19:**

a. 5/01
b. Harmon Shop
c. Noel Rodriguez
a. Approx. 9/02
b. New Haven
c. Dr. Kirchner
I do not recall whether I had any other hearing tests.

**INTERROGATORY NO. 20:**

Do you claim a loss of wages and/or benefits due to your alleged hearing loss?

**RESPONSE NO. 20:**

No.

**INTERROGATORY NO. 21:**

If you answered in the affirmative to Interrogatory No. 20, please list:
(a) The amounts claimed; and
(b) A description of the amounts claimed.

**RESPONSE NO. 21:**

N/A

**INTERROGATORY NO. 22:**

Please state whether you complained to anyone concerning noise levels at the defendants, Consolidated Rail Corporation and/or Penn Central's, railroad operations and, if so:
(a) Identify by name and title each person to whom such complaint(s) was made;
(b) When such complaint(s) was made; and
(c) The substance of each complaint.

**RESPONSE NO. 22:**

No.

**INTERROGATORY NO. 23:**

Please state whether you have any hobbies, including but not limited to hunting, fishing, boating, woodworking, metalworking, playing a musical instrument, auto mechanics, use of recreational vehicles, etc. and for each such hobby:

(a) Describe each such hobby;

(b) The number of years you have engaged in such hobby; and

(c) The approximate number of times per year you engage in such hobby.

**RESPONSE NO. 23:**

a. Golfing
b. 35-40 yrs
c. 60
a. Boating
b. 2 yrs
c. 20
a. Fishing
b. 55 yrs
c.10-15

FOR THE PLAINTIFF,

By____________________________

Scott E. Perry (ct17236)
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

Alfred Schumacher

Alfred Schumacher

Subscribed and sworn to before me this 4th day of November, 2003.

Patricia A. Xifo-Homon

Notary Public

**PATRICIA A. XIFO-HOMON**
**Notary Public, State Of New York**
**No. 01XI6053231**
**Qualified In Dutchess County**
**Commission Expires January 8, 2007**

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 5 day of November, 2003, to Lori A. McCarthy, Esq., Flynn & Associates, P.C. 189 State Street, 6th Floor, Boston, Massachusetts 02109; and to Robert O. Hickey, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905.

Scott E. Perry

Scofield, James 8/12/45

8/9/02 Long term high freq AS > AD
Periodic hearing tests at work
Railroad worker - past hx compressor work
~27 yrs - presently
Grad ↓ hearing - esp pump, bkgnd noise
Long term tinnitus -
- involved in class action suit → noise related hearing loss
Last audio ~2 yrs ago
- on medication for arthritis -
Audio - WNL thru 2KHz w/ mod high freq notch AS > AD Tymp - A - AU - reflexes no decay

10/15/02 Needs written report of hearing loss he works around loud noises - has class action suit against Metro North R.R.

DEFENDANT'S
EXHIBIT NO. 9
FOR IDENTIFICATION
DATE: 9/4/03 RPTR: [illegible]

Established Patient Visit

Consultation referred by ____________

Patient Name: Coarld, James Account No. DOB: 8-12-45

Date: 10-15-02 PMH/SH/FH no change since last visit date: 4-16-02

Except:

New Allergies: Existing allergies:

Current Medications:

ROS no change since last visit date: 4-16-02

Except:

PRESENT ILLNESS 1. one to three elements (level 2&3) 2. four to eight elements (level 4&5)

(1) location (2) quality (3) severity (4) duration (5) timing (6) context (7) modifying factors (8) assoc. signs & symptoms

Nurse Hx: Here for f/u re hearing loss. Difficulty hearing c background noise. (R) > (L) bilat tinnitus - high pitch, intermittent - can't hear high-pitched alarm clock, loud in quiet

Clinician Hx:

PHYSICAL EXAMINATION: Ear Nose & Throat

GENERAL (at least 3 measurements of vital signs)

BP sitting-standing ___/___mm Hg HT__ft__in WT_______lbs

BP supine___/___mm Hg

PULSE ___/min regular - irregular RESP ___/min TEMP ___o (F-C)

| | | | Normal | AB |
|---|---|---|---|---|
| GENERAL | GENERAL APPEARANCE | Stature, nutrition | ☑ | ☐ |
| | COMMUNICATION & VOICE | Pitch, clarity | ☑ | ☐ |
| HEAD/FACE | INSPECTION | Lesions, masses | ☑ | ☐ |
| | PALPATION / PERCUSSION | Skeleton, sinuses | ☑ | ☐ |
| | SALIVARY GLANDS | Masses, tenderness | ☑ | ☐ |
| | FACIAL STRENGTH | Symmetry | ☑ | ☐ |
| ENT | PNEUMO-OTOSCOPY | EACs; TMs mobile | ☑ | ☐ |
| | HEARING ASSESSMENT | Gross; Weber/Rinne | ☑ | ☐ |
| | EXTERNAL EAR & NOSE | Appearance | ☑ | ☐ |
| | INTERNAL NOSE | Mucosa, turbinates | ☐ | ☐ |
| | AFTER DECONGESTANT | Septum, OMCs | ☐ | ☐ |
| | LIPS, TEETH & GUMS | Mucosa, dentition | ☐ | ☐ |
| | ORAL CAVITY, OROPHARYNX | Mucosa, tonsils, palate | ☐ | ☐ |
| | HYPOPHARYNX | Mucosa, pyriforms | ☐ | ☐ |
| | LARYNX (mirror: adults) | Anatomy, vc mobility | ☐ | ☐ |
| | NASOPHARYNX (mirror: adults) | Mucosa, choanae | ☐ | ☐ |

| | | | Normal | AB |
|---|---|---|---|---|
| NECK | MASSES & TRACHEA | Symmetry, masses | ☑ | ☐ |
| | THYROID | Size, nodules | ☑ | ☐ |
| EYES | OCULAR MOTILITY & GAZE | EOMI, nystagmus | ☑ | ☐ |
| RESP. | RESPIRATORY EFFORT | Inspiratory-expiratory | ☑ | ☐ |
| | AUSCULTATION | Clear | ☐ | ☐ |
| CVS | HEART AUSCULTATION | RRR no GRM | ☐ | ☐ |
| | PERIPH VASC SYSTEM | Edema, color | ☑ | ☐ |
| LYMPH | NECK/AXILLAE/GROIN/ETC | Adenopathy | ☑ | ☐ |
| NEURO/ | CRANIAL NERVES | II - XII | ☐ | ☐ |
| PSYCH | ORIENTATION | Person, place, time | ☑ | ☐ |
| | MOOD & AFFECT | Comments | ☐ | ☐ |
| | ROMBERG | | ☐ | ☐ |
| | TANDEM ROMBERG | | ☐ | ☐ |
| | MARCH IN PLACE | | ☐ | ☐ |

1. problem focused = 1-5 elements (level 2) 2. expanded = 6-11 elements (level 3) 3. detailed = 12 or more elements (level 4) 4. comprehensive = document every element in basic areas AND at least 1 element in each optional area (level 5)

Copyright (c) 2000 ATSS Limited Liability Company. All Rights Reserved

web site: www.atssmed.com

Date: __/__/__

Patient Name: Stoked James

Account No.

DOB: 8-12-45

MEDICAL DECISION MAKING

Data Reviewed: 1. Straightforward (level 2) 2. Low (level 3) 3. Moderate (level4) 4. High (level 5)

Xrays

Audio

Lab/blood work

Impressions / Differential Diagnoses:

Plans / Management Options / Data Ordered:

noise-induced HL + tinnitus.

Allergy

Annual audio and Rennie protection cont / IT

Information Sheets Given: Ear Care, Hearing, Balance, Vestib Exercises, Throat eval, Gerd F/U, Voice, Nose&Sinus, Nose Care, URI info, Childhood Airway Obstrct, GERD, APNEA

COMPLEXITY OF DATA REVIEWED OR ORDERED 1. min 2. low 3. mod 4. high

RISK OF COMPLICATIONS &/OR MORBIDITY OR MORTALITY (see examples in Table of Risk)

| | | | | |
|---|---|---|---|---|
| risk of presenting problem(s) | 1. min | 2. low | 3. mod | 4. high |
| risk of diagnostic procedure(s) ordered or reviewed | 1. min | 2. low | 3. mod | 4. high |
| risk of management option(s) selected | 1. min | 2. low | 3. mod | 4. high |

NATURE OF PRESENTING PROBLEM(S)

0. minimal (level 1) — May or may not require the presence of the physician. The service is under the physician's supervision.

1. minor (level 2) — Problem runs definite and prescribed course, is transient in nature, and is not likely to permanently alter health status; OR, has a good prognosis with management and compliance.

2. low (level 3) — Problem where the risk of morbidity without treatment is low. There is little to no risk of mortality without treatment. Full recovery without functional impairment is expected.

3. moderate (level 3,4,5) — Problem where the risk of morbidity without treatment is moderate. There is moderate risk of mortality without treatment. Prognosis is uncertain, or there is an increased probability of prolonged functional impairment.

4. high (level 4,5) — Problem where the risk of morbidity without treatment is high to extreme. There is moderate to high risk of mortality without treatment, or high probability of severe prolonged functional impairment.

Complete this section only if documented below >50% of visit time involved counseling and/or coordinating care.

TIME: ________ minutes

☐ > 50% of visit time involved counseling and/or coordination of care

Clinician's signature: [signature]

NAME James Saxfield DATE 8/7/02

EXAMINER AGE #

ENT and Allergy Associates, LLC
AUDIOLOGY & HEARING CENTER
160 Hawley Lane
Trumbull, Connecticut 06611
380-3707

## AUDIOGRAM

FREQUENCY IN HZ: 250, 500, 1000, 2000, 4000, 8000

HEARING THRESHOLD LEVEL IN dB HL (ANSI) (1969): 0–120

## SYMBOLS

| TEST | RIGHT EAR (RED) | LEFT EAR (BLUE) |
|---|---|---|
| Air Cond. | O—O | X—X |
| Air Cond. Masked | △—△ | □—□ |
| No Response | | |
| Bone Cond. | < | > |
| Bond Cond. Masked | [ | ] |

## HEARING EVALUATION

| | | |
|---|---|---|
| PTA | | |
| SRT | 5 | 10 |
| Speech Discrimination | 100 %(HTL) 45 mask | 100 %(HTL) class |
| | 100 %(HTL) 55 mask | 96 %(HTL) mask |
| MCL | | |
| UCL | | |

## TYMPANOGRAM

AIR PRESSURE: -300, -200, -100, 0, +100, +200

ABSOLUTE COMPLIANCE: 1.6, 1.3, 1.0, .7, .5, .25, .1, 0

| RIGHT | | LEFT |
|---|---|---|
| | Max. Comp. | |
| | − Base Comp. | |
| | = ME Comp. | |

## ACOUSTIC REFLEX TEST

| IPSILATERAL STIMULUS LEFT THRESHOLD dB SPL | CONTRALATERAL STIMULUS LEFT THRESHOLD dB HL | FREQUENCY Hz | CONTRALATERAL STIMULUS RIGHT THRESHOLD dB HL | IPSILATERAL STIMULUS RIGHT THRESHOLD dB SPL |
|---|---|---|---|---|
| | | 250 | | |
| [illegible] | [illegible] | 500 | [illegible] | |
| [illegible] | [illegible] | 1000 | [illegible] | [illegible] |
| | [illegible] | 2000 | [illegible] | |
| | | 3000 | | |
| | | 4000 | | |
| | | LOW PASS | | |
| | | HIGH PASS | | |
| | | W.B. | | |

Impression:

NAME
DATE 8/7/02
EXAMINER
AGE
#
ENT and Allergy Associates, LLC
AUDIOLOGY & HEARING CENTER
160 Hawley Lane
Trumbull, Connecticut 06611
380-3707
AUDIOGRAM
HEARING THRESHOLD LEVEL IN dB HL (ANSI) (1969)
FREQUENCY IN HZ
SYMBOLS
TEST
RIGHT EAR (RED)
LEFT EAR (BLUE)
Air Cond.
Air Cond. Masked
No Response
Bone Cond.
Bond Cond. Masked
HEARING EVALUATION
PTA
SRT
Speech Discrimination
MCL
UCL
TYMPANOGRAM
ABSOLUTE COMPLIANCE
AIR PRESSURE
RIGHT
LEFT
Max. Comp.
Base Comp.
ME Comp.
ACOUSTIC REFLEX TEST
IPSILATERAL STIMULUS LEFT
CONTRALATERAL STIMULUS LEFT
CONTRALATERAL STIMULUS RIGHT
IPSILATERAL STIMULUS RIGHT
THRESHOLD dB SPL
THRESHOLD dB HL
FREQUENCY Hz
250
500
1000
2000
3000
4000
LOW PASS
HIGH PASS
W.B.
Impression: