# CAHILL & GOETSCH, P.C.
## ATTORNEYS AT LAW

SCOTT E. PERRY

43 TRUMBULL STREET
NEW HAVEN, CONNECTICUT 06511

(203) 777-1000
Fax: (203) 865-5904

September 5, 2003

*Via Fax and Overnight Mail*

COPY

Anthony D. Sutton, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
P.O. Box 3057
Stamford, Connecticut 06905


Lori A. McCarthy, Esq.
Flynn & Associates, P.C.
189 State Street, 6th Floor
Boston, Massachusetts 02109


RE:    *Supplemental Disclosure Re: Frank Bakutis vs. Metro-North, et al.*

Dear Counsel:

    Enclosed please find plaintiff's supplemental 26(a) disclosure for the above-entitled-matter.

                        Sincerely,

                        Scott E. Perry

SEP:md
Enclosures

CB 4005

1) Oil leaking on Deck from Transmission and Engine

2) Train brakes do not release all The Time

3) Excessively noisey inside operators Cab, Cannot hear Company radio.

4) Need Grease Gun.

5) Needs insulation inside Operators Cab.

6) Travel bands do not release when Traveling in 4th Gear.

7) Needs 24 volt Flood light bulbs and brake light bulbs.

8) Propellor Shaft indicator light not Working.

F.E. Bahnles
712478

Att:
MARK ELLIS



```
***********************
***   TX REPORT   ***
***********************


TRANSMISSION OK

TX/RX NO              0868
CONNECTION TEL                    8579
CONNECTION ID        NWP SHOP
ST. TIME             08/18 12:53
USAGE T              00'27
PGS.                 1
RESULT               OK
```

CB 4005

( Amendment To FAX. of 10/23/00   # 4170 )

8) Fuel gage NOT working properly.

9) Travel bands noT releasing in 4th gear.

10) Air dryers noT working

11) No BelT guards on FronT of Engine

12) NO Boom STOPS.


F.E. Bakutes

712478

ATT:

Paul Signorelli



**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**\*\*\*   TX REPORT   \*\*\***
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4186 |
| CONNECTION TEL | 8579 |
| CONNECTION ID | NWP SHOP |
| ST. TIME | 10/25 07:56 |
| USAGE T | 00'11 |
| PGS. | 1 |
| RESULT | OK |

**METRO NORTH RAILROAD**

Parkway Homes Road
North White Plains, N.Y.
10601



| To: | Paul Cignarale | From: | E. E. BAKUTIS |
|---|---|---|---|
| Fax: | 914 688 8579 / 914 271 1935 | Date: | 2/12/01 |
| Phone: | 914 688 8468 / 914 271 1934 | Pages: | |
| Re: | EQUIPMENT DEFECTS | CC: | |

## CB 4005

# Equipment Defects

| | Problems/Defects |
|---|---|
| 1 | EXTremely Noisey especially when Traveling. Very unSafe, Cannot hear Radio |
| 2 | Oil Leaking on deck from Front Engine Seal and Transmission gear box. |
| 3 | Oil Leaking from Transfer Case. |
| 4 | Fuel Gage not Working Properly |
| 5 | No belt Guards on Front of Engine |
| 6 | No Boom Stops. |
| 7 | Boom has Bends in numerous places. |
| 8 | |
| 9 | |



```
*********************
***    TX REPORT    ***
*********************


TRANSMISSION OK

TX/RX NO              4457
CONNECTION TEL                   8579
CONNECTION ID        NWP SHOP
ST  TIME             02/12 07:43
USAGE T              00'32
PGS.                 1
RESULT               OK
```

Printed in USA

# Crane inspection

**Metro-North Commuter Railroad**

| Crane no. | Location | Sub-Division | System Gang | Date Inspected | Monthly ☐ | Hour 5149 |
|---|---|---|---|---|---|---|
| 4005 | New Haven | | | 3/12/01 | Annual ☐ | |

Last inspection date _____ 10/17/00 _____    Present general condition: ☑ Good ☐ Fair ☐ O/S

| OK YES | NO | | | OK YES | NO | |
|---|---|---|---|---|---|---|
| ✓ | ✓ | Boom  4 bent lattice. | | ✓ | | Steps and Railing |
| | N/A | Boom Stops | | ✓ | | Draw Bars-Couplers |
| ✓ | | Boom Angle Indicator | | ✓ | | Swing Stops/Locking Pins |
| ✓ | | Boom Rivets & Bolts | | ✓ | | Operating Controls |
| ✓ | | Boom Heel Pins | | ✓ | | Windows |
| ✓ | | Sheaves | | ✓ | | Windshield Wipers |
| ✓ | | Sheave Pins | | ✓ | | Warning Devices |
| ✓ | | Cable Drums | | ✓ | | Lights  engine Belt Guards. |
| | | Closing, Pendants | | | X | Guards |
| ✓ | | Cable Clamps | | | X | Engine  Rear main seal. |
| | ✓ | Hoisting Blocks/Hooks | | ✓ | | Clutch-PTO |
| | N/A | Winch | | ✓ | | Gauges-Temperature-Oil-Ampere |
| | N/A | Winch Cable | | ✓ | | Hydraulic System-Valves, Pump, Motor |
| | N/A | Lifting Chains | | ✓ | | Main Control Generator |
| ✓ | | Tongs-Rail-Frog | | ✓ | | Magnet Generator |
| ✓ | | Brakes | | | N/A | Magnet |
| | N/A | Brakes-Air-Lines-Reservoir | | ✓ | | Tagline-Cable-Electrical |
| ✓ | | Brakes-Hydraulic | | ✓ | | Battery |
| ✓ | | Brakes-Emergency | | ✓ | | Air Compressor |
| | N/A | Brakes-2 Wheel | | ✓ | | Safety Appliances |
| ✓ | | Brakes-4 Wheel | | ✓ | | Fire Extinguishers |
| ✓ | | Brakes-Shoes | | ✓ | | General Condition-Paint, etc. |
| ✓ | | Trucks-Journal Bearings | | ✓ | | Lifting Capacity Chart |
| ✓ | | Wheels-Flange Wear-Treadwear | | | X | Parts Book and Operating Manual |
| ✓ | | Axles | | ✓ | | Lubrication |
| ✓ | | Tram-Axle & Wheel | | | | When was Cable Replaced: |
| ✓ | | Springs | | | | Boom _____ |
| | N/A | Tires | | | | Holding _____ |
| ✓ | | Steering | | | | Closing _____ |
| | | U-Joints, Drive Gears | | ✓ | | Strands of Cable Broken |
| | N/A | Drive Chains | | ✓ | | Ground Cables and Ground Clamps |
| | N/A | Sprockets | | | | Electrical Wire Warning Sign |
| ✓ | | Drive Shafts | | | | |
| | | Gear Boxes, Swing, Travel | | | | |
| X | | Transmission  gasket Leaks. | | | | |
| ✓ | | Bearings | | | | |
| ✓ | | Hook Roller | | | | |
| | N/A | Outriggers | | | | |

Remarks: _____ Noisy in gear. _____

Operator's Signature _____ J. Bulow _____ 71247 8

(Date) _____    (Employee No.)

I certify to the correctness of this report.

(Signed) E. Vargas.    3/12/01

Employee Number 112443.    (Date Posted)

(Title) Machinist.

CB 4005

1) extremely Noisey when Traveling, Cannot Hear Company Radio. Very unsafe

2) Oil Leaking onTo deck from Front Engine Cover.

3) No Belt guards on Front of Engine

4) No Boom Stops.

5) Boom has bends in numerous Locations

6) Fuel gage not working propaly.

7) Steps on chasiss To narrow, and one is missing.

F.E. Bakutis
712478


ATT:
Paul Signorelli

09/05/2003 FRI 11:41 FAX
03/26/01 MON 08:02 FAX 203 786 8223     NH PROJECTS                    ☑001



```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO              4567
CONNECTION TEL                      8579
CONNECTION ID        NWP SHOP
ST. TIME             03/26 08:01
USAGE T              00'11
PGS.                    1
RESULT               OK
```

CB 4005

1) Extremely Noisey inside Cab, especially when in work mode or Traveling. Cannot Hear Company Radio.

2) Gear oil Leaking from Chain Case.

3) Travel bands slipping in one direction.

4) Check Valve on Air Tank Leaking.

5) one Brake Light not working, needs bulb.

6) oil on deck of Crane, very slippery

7) Oil Leaking from Front of engine.

8) No belt guards on front of Engine,

9) No Boom stops.

10) Fuel gage not working

11) oil Leaking from Transmission shifter

ATT:
    PAUL Signorelli

F.E. BAKUTIS
F.E. Bakutis
712478



```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO            4691
CONNECTION TEL                  8579
CONNECTION ID       NWP SHOP
ST. TIME            05/17 06:49
USAGE T             00'13
PGS.                1
RESULT              OK
```



09/17/01 THU 06:52 FAX 203 786 8223   NH PROJECTS   @001

```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO            4692
CONNECTION TEL                8579
CONNECTION ID      NWP SHOP
ST. TIME           05/17 06:51
USAGE T            00'14
PGS.                  1
RESULT             OK
```

# METRO NORTH RAILROAD

# FAX

Date 7 / 24 / 01

Number of Pages _____

TO:
PAUL R. CIGNARALE
SUPERVISOR, WORK EQUIPMENT
PHONE 914/271/1934
FAX 914/271/1935

FROM: F & Bakotis
Special projects, New Haven

## EQUIPMENT DEFECTS

| EQUIPMENT # | PROBLEMS / DEFECTS |
|---|---|
| 1. CB4005 | 1) Boom Clutch Slipping |
| | 2) Magnet Clutch not engaging properly |
| | 3) Oil leaking from front of engine |
| 2. | 4) Extremely noisey in operators cab. |
| | 5) Buffer block on coupler broken |
| | 6) Oil on deck and steps. |
| 3. | 7) Oil leaking from transmission shifter |
| | 8) Fuel gauge not working |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |



```
********************
***   TX REPORT   ***
********************


TRANSMISSION OK

TX/RX NO              4859
CONNECTION TEL                    8579
CONNECTION ID        NWP SHOP
ST. TIME             07/24 06:18
USAGE T              00'35
PGS.                 1
RESULT               OK
```

# METRO NORTH RAILROAD

# FAX



Date __3 , 15 , 02__

Number of Pages _____

TO: MARK ELLIS

SUPERVISOR, WORK EQUIPMENT

PHONE 914/271/1934

FAX 914/271/1935

FROM: F.R. BAKUTIS
N.H. Special Projects

## EQUIPMENT DEFECTS

| EQUIPMENT # | PROBLEMS / DEFECTS |
|---|---|
| 1 CB4005 | Extremely Noisey, Cannot hear radio when Traveling. Need Sound Insulation |
| 2 CB4005 | Needs 2 24 V Flood Lights |
| 3 CB4005 | Crane Air brakes Frequently will not release |
| 4 CB4005 | Oil leaking from Engine and Transmission |
| 5 CB4005 | Fuel Gauge not working |
| 6 CB4005 | Step on Chassis Bent + missing |
| 7 CB4005 | Travel Bands dragging and not Disengaging in 4th Gear |
| 8 | |
| 9 | |



```
********************
***   TX REPORT   ***
********************


TRANSMISSION OK

TX/RX NO              0436
CONNECTION TEL                    8579
CONNECTION ID        NWP SHOP
ST. TIME             03/15 07:15
USAGE T              00'22
PGS.                    1
RESULT               OK
```

Printed in USA

# Crane Inspection

**Metro-North Commuter Railroad**

| Crane no. | Location | Sub-Division | System Gang | Date Inspected | Monthly ☒ |
|---|---|---|---|---|---|
| CP 400S | New Haven | Elec. Proj. | | 4/11/02 | Annual ☐ |

Last inspection date 7/11/02

Present general condition: ☐ Good ☒ Fair ☐ O/S

| OK | | | OK | | |
|---|---|---|---|---|---|
| YES | NO | | YES | NO | |
| | X | Boom | | X | Steps and Railing |
| ✓ | | Boom Stops | | X | Draw Bars-Couplers |
| ✓ | | Boom Angle Indicator | ✓ | | Swing Stops/Locking Pins |
| ✓ | | Boom Rivets & Bolts | ✓ | | Operating Controls |
| ✓ | | Boom Heel Pins | | X | Windows |
| ✓ | | Sheaves | ✓ | | Windshield Wipers |
| ✓ | | Sheave Pins | ✓ | | Warning Devices |
| ✓ | | Cable Drums | | X | Lights |
| ✓ | | Cable-Boom-Holding Line | ✓ | | Guards |
| ✓ | | Closing, Pendants | ✓ | | Engine |
| ✓ | X | Cable Clamps | ✓ | | Clutch-PTO |
| ✓ | | Hoisting Blocks/Hooks | ✓ | | Gauges-Temperature-Oil-Ampere |
| N/A | | Winch | N/A | | Hydraulic System-Valves, Pump, Motor |
| N/A | | Winch Cable | N/A | | Main Control Generator |
| N/A | | Lifting Chains | ✓ | | Magnet Generator |
| ✓ | | Toggs-Rail-Frog | ✓ | | Magnet |
| | X | Brakes | ✓ | | Tagline-Cable-Electrical |
| ✓ | | Brakes-Air-Lines-Reservoir | | X | Battery |
| N/A | | Brakes-Hydraulic | ✓ | | Air Compressor |
| | | Brakes-Emergency | ✓ | | Safety Appliances |
| N/A | | Brakes-2 Wheel | ✓ | | Fire Extinguisher |
| ✓ | | Brakes-4 Wheel | ✓ | | General Condition-Paint, etc. |
| | X | Brakes-Shoes | ✓ | | Lifting Capacity Chart |
| ✓ | | Trucks-Journal Bearings | | X | Parts Book and Operating Manual |
| | | Wheels, Flange Wear-Treadwear | | X | Lubrication |
| | | Axles | | | When was Cable Replaced: |
| ✓ | | Tram-Axle & Wheel | | | Boom. |
| ✓ | | Springs | | | Holding |
| N/A | | Tires | | | Closing |
| N/A | | Steering | ✓ | | Strands of Cable Broken |
| ✓ | | U-Joints, Drive Gears | ✓ | | Ground Cables and Ground Clamps |
| ✓ | | Drive Chains | | | Electrical Wire Warning Sign |
| ✓ | | Sprockets | | | |
| ✓ | | Drive Shafts | | | |
| ✓ | | Gear Boxes, Swing, Travel | | | |
| | X | Transmission | | | |
| ✓ | | Bearings | | | |
| N/A | | Hook Roller | | | |
| N/A | | Outriggers | | | |

Remarks: _____ 2x No boom stops 3. Load line not flanged
as per ANSI B30.5 (5-1.7.3L) 4. Brake-hose cracked 5. Need
more steps + handrails 6. Crane _____ 7. Brake-won't

Operator's Signature _____ NN24

| (Date) _____ 7/11/02 | (Employee No.) |

I certify to the correctness of this report _____

(Signed) _____ 7/11/02 (Date Posted)

Employee Number _____

(Title) _____