UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIMOTHY SWEENEY ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> METRO-NORTH RAILROAD ) <br> COMPANY, et al. ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION <br> NO.:   3:02 CV 1872 (RNC) <br> <u>FELA HEARING LOSS CASES – MAY BE</u> <br> <u>FILED IN NEW HAVEN AS ORDERED BY</u> <br> <u>MAGISTRATE JUDGE MARGOLIS</u> <br><br> March 24, 2004 |

**<u>DEFENDANTS, CONSOLIDATED RAIL CORPORATION AND AMERICAN FINANCIAL GROUP, INC.'S (ASSENTED TO) MOTION TO WITHDRAW THEIR MOTION FOR PROTECTIVE ORDER DATED MARCH 3, 2004</u>**

The defendants, Consolidated Rail Corporation ("Conrail") and American Financial Group, Inc. ("Penn Central"), in the above-entitled matters, hereby move to withdraw their *Motion for Protective Order Re: Plaintiffs' Notice of 30(b)(6) Deposition(s) and Plaintiffs' Notice of 30(b)(6) Deposition(s)  Defendant American Financial Group, Inc.* dated March 3, 2004.  As grounds of the instant *Motion to Withdraw,* the defendants state that the plaintiff, in the above-entitled matter, has stipulated and agreed, on March 23, 2004, to the defendants' requests to limit the plaintiffs' items of inquiry as contained in his *Notices*, as discussed in detail in the defendants' *Memorandum of Law*, also dated March 3, 2004.

Accordingly, the defendants respectfully request that the instant *Motion* be GRANTED.

Respectfully submitted,
CONSOLIDATED RAIL CORPORATION and
AMERICAN FINANCIAL GROUP, INC.
By their Attorneys,

_____
Michael B. Flynn,#ct21215
Lori A. McCarthy #ct19557
FLYNN & ASSOCIATES, P.C.
189 State Street, Sixth Floor
Boston, MA 02109
(617)722-8253
(617)722-8254 (facsimile)

## **CERTIFICATION**

This is to hereby certify that a copy of the foregoing has been hand-delivered this 24TH day of March, 2004, to the following:

Scott E. Perry, Esq.
Cahill & Goetsch, P.C.
43 Trumbull Street
New Haven, CT 06511

Anthony D. Sutton, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
P.O. Box 3057
Stamford, CT 06905

_____
Lori A. McCarthy